# EXHIBIT A

**Civil Court of the City of New York**
**County of New York**

Index Number: **CV-012714-24/NY**

JONATHAN MARRA

        Plaintiff(s)

-against-

AT&T SERVICES INC. C/O CT CORPORATION SYSTEM 42ND FL

        Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Defendant's Place of Business or Employment

Plaintiff's Address (s):
JONATHAN MARRA
2020 GRAND AVENUE
APT 2
Baldwin, NY 11510

To the named defendant (s)

AT&T SERVICES INC. C/O CT CORPORATION SYSTEM 42ND FL, at 28 LIBERTY STREET, New York, NY 10005

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of New York at the office of the Clerk of the said Court at **111 Centre Street** in the **County of New York, City and State of New York**, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $50,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: July 15, 2024                   Alia Razzaq, Chief Clerk

**ENDORSED COMPLAINT**

The nature and the substance of the plaintiff's cause of action is as follows: **Other for $50,000.00 with interest from 10/31/2021**
PLAINTIFF'S PHONE CALL AND TEXT MESSAGE DATA WAS BREACHED DUE TO DEFENDANT'S NEGLIGENCE. CLAIMS ARE FOR NEGLIGENCE, BREACH OF IMPLIED AND EXPRESS WARRANTY, AND PAIN AND SUFFERING CAUSED BY THE DISTRESS.

***NOTE TO THE DEFENDANT***

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within *TWENTY* days after such service; or

B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed *THIRTY* days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

C) Following CPLR 321(a) corporations must be represented by an attorney.

*** NOTE TO THE SERVER OF THE SUMMONS**

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME: _____
PRINT NAME: JONATHAN MARRA

For Information, answer forms and to track court dates, go to ***WWW.NYCOURTS.GOV/NYCCIVIL***